CHAMBERS OF
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

(212) 805 - 6309
████████████

May 11, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Re:     2006 Financial Disclosure Report

Dear Judge Smith:

In response to your letter of April 25, 2007, concerning my 2006 Annual Financial Disclosure Report which I filed on March 20, 2007, please accept the information provided below as an amendment to my 2006 report; and as a response to the questions you raised. I certify that the information provided is accurate, true and complete to the best of my knowledge and belief. I am aware of the consequences of knowing and wilful falsification of this report.

(1)     Part VII, page 4, line 4, and page 6, line 50

████████received Ameriprise Financial Inc. stock in October 2005, in a stock distribution from American Express. It should have been listed on last year's report; it was an oversight on my part not to do so. The Fidelity Cash Reserve is a "sweep account" with Fidelity. When money swept from other accounts reaches a certain level, I make other investments, which are listed in the disclosure statement. I think of the Cash Reserve account more as a checking account, than as an investment.

(2)     Part VII, page 4, line 15 Marsh & McLennan

The income amount code is A and the income type is dividend.

Page 5, line 20 United Health Group

The income amount code is A and the income type is dividend.

Honorable Ortrie D. Smith
May 11, 2007

Page 2


       (3)    Part VII, page 5, line 22 <u>Xerox</u>

           The value code for Column D-3 is J.

           I am providing you with three copies of this letter amending my 2006 Disclosure
Report.

                        Sincerely yours,

                        Paul A. Crotty
                        United States District Judge


PAC:cp
Enc.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>03/20/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 735<br>New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Verizon Income Deferral Plan, including stock grants earned in 2003 and 2004 and short term incentive plan for work in 2005 (No Control) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Verizon Communications (See VIII) | $ 475,674 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | (Spouse) George Arzt Communications - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Chase Master Card | Credit Card | J |
| 3. | Chase Visa Card | Credit Card | J |
| 4. | Bank of America Visa Card | Credit Card | J |
| 5. | USA Visa Card | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. American Express | A | Dividend | L | T | | | | | |
| 3. American International Group | A | Dividend | K | T | | | | | |
| 4. Ameriprise Finl Inc. | A | Dividend | K | T | | | | | |
| 5. Amgen | A | Dividend | K | T | | | | | |
| 6. Coca Cola | B | Dividend | L | T | | | | | |
| 7. Disney | A | Dividend | L | T | | | | | |
| 8. Duke Energy Corp. | B | Dividend | K | T | | | | | |
| 9. Exxon Mobil | B | Dividend | L | T | | | | | |
| 10. General Electric | B | Dividend | L | T | | | | | |
| 11. Hospira | A | Dividend | J | T | | | | | |
| 12. IBM | A | Dividend | J | T | | | | | |
| 13. JP Morgan Chase | B | Dividend | K | T | | | | | |
| 14. Eli Lilly | A | Dividend | K | T | | | | | |
| 15. Marsh & McLennan | | | | | Sell | 12/21 | K | C | |
| 16. Microsoft | A | Dividend | K | T | | | | | |
| 17. Newmont Mining | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | B | Dividend | L | T | | | | | |
| 19. Stryker Corp. | A | Dividend | K | T | | | | | |
| 20. United Health Group | | | | | Sell | 5/8 | L | C | |
| 21. United Health Group | A | Dividend | M | T | Buy | 12/21 | M | | |
| 22. Xerox | A | Dividend | J | T | Buy | 8/8 | | | |
| 23. Alliance Bernstein Capital | A | Interest | L | T | | | | | |
| 24. Fidelity NY Muni | A | Interest | L | T | Buy | 2/2 | M | | |
| 25. Fidelity NY Muni | A | Interest | L | T | Sell | 4/6 | M | | |
| 26. Fidelity Floating High Rate | A | Dividend | K | T | Buy | 4/7 | K | | |
| 27. Artisan International | C | Dividend | K | T | Buy | 4/7 | K | | |
| 28. William Blair Int'l Growth | C | Dividend | K | T | Buy | 4/7 | K | | |
| 29. Columbia Acorn Int'l | C | Dividend | K | T | Buy | 4/7 | K | | |
| 30. Gateway Fund | A | Dividend | K | T | Buy | 4/7 | K | | |
| 31. Laudus Rosenberg Value | A | Dividend | K | T | Buy | 4/7 | K | | |
| 32. Quaker Strategic | A | Dividend | K | T | Buy | 4/7 | K | | |
| 33. Norbelle LLC | | None | L | U | | | | | |
| 34. New Entrepreneur Fund | B | Dividend | L | U | ▆▆▆▆ Inheritance | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rollover IRA #1 | C | Dividend | O | T | | | | | |
| 36. - Fidelity Low Priced Stock | | | | | | | | | |
| 37. - Baron Growth | | | | | | | | | |
| 38. - William Blair Int'l Growth | | | | | | | | | |
| 39. - Columbia Acorn Class Z | | | | | | | | | |
| 40. - Dodge & Cox Stock | | | | | | | | | |
| 41. - Harbor International | | | | | | | | | |
| 42. - Julius Baer Int'l Equity | | | | | | | | | |
| 43. - Longleaf Int'l | | | | | | | | | |
| 44. - Royce Premier | | | | | | | | | |
| 45. - Tweedy Brown Global | | | | | | | | | |
| 46. - Fidelity Cash Reserves | | | | | | | | | |
| 47. - Fidelity Diversified Int'l | | | | | | | | | |
| 48. Rollover IRA #2 | C | Interest | O | T | | | | | |
| 49. - Newberger Berman Intermediate | | | | | Sell | 7/5 | M | | |
| 50. - Fidelity Cash Reserves | | | | | Sell | 7/5 | M | | |
| 51. - Campbell Soup Bond | | | | | Buy | 7/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nat'l Rural Utils Bond | | | | | Buy | 7/5 | K | | |
| 53. - Morgan Stanley Bond | | | | | Buy | 7/5 | K | | |
| 54. - Merrill Lynch Bond | | | | | Buy | 7/5 | K | | |
| 55. - DuPont Bond | | | | | Buy | 7/5 | K | | |
| 56. - CIT Bond | | | | | Buy | 7/5 | K | | |
| 57. - Target Corp. Bond | | | | | Buy | 7/5 | K | | |
| 58. - Genworth Global Bond | | | | | Buy | 7/5 | K | | |
| 59. - GE Bond | | | | | Buy | 7/5 | K | | |
| 60. - IBM Bond | | | | | Buy | 7/5 | K | | |
| 61. - Boeing Corp. Bond | | | | | Buy | 7/5 | K | | |
| 62. - Wachovia Bond | | | | | Buy | 7/5 | K | | |
| 63. - Allstate Bond | | | | | Buy | 7/5 | K | | |
| 64. -Wells Fargo Bond | | | | | Buy | 7/5 | K | | |
| 65. - Anheuser Busch Bond | | | | | Buy | 7/5 | K | | |
| 66. - Bear Stearns Bond | | | | | Buy | 7/5 | K | | |
| 67. -HSBC Bond | | | | | Buy | 7/5 | K | | |
| 68. Verizon Income Deferral Plan | G | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A | 03/20/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Verizon Co. | | | | | Sell | 9/30 | J | | |
| 70. - Cash Account Moodys | | | | | Buy | 9/30 | L | | |
| 71. - Pimco Real Estate Bond | | | | | Sell | 9/30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In 2006, I continued to receive payments from my Verizon Income Deferral Plan (10/2006), together with an incentive payment I was due on account of services rendered prior to 7/31/2005, together with a stock distribution, payable in 2006, but earned in 2003. The total payments are shown in III, supra.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _March 20, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544